UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MARTINEZ,<br><br>        Petitioner,<br><br>   v.<br><br>W.C. MUNIZ,<br><br>        Respondent. | No. 2:17-cv-01880 AC P<br><br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 13, 2017, the court entered an order directing petitioner to show cause why his petition should not be dismissed as untimely and for failing to state a cognizable federal habeas claim. ECF No. 8. On October 12, 2017, petitioner filed a motion for a ninety day extension of time. ECF No. 11. He states that the "jailhouse lawyer" who was assisting him has been removed from the prison yard along with the relevant transcripts and court papers. Id. at 1. Petitioner also requests another copy of the court's show-cause order. Id. Good cause being shown, his motion will be granted.

It is, therefore, ordered that:

1. Petitioner's request for an extension of time (ECF No. 90) is GRANTED and his response to the show cause order is due ninety days from the date of this order's entry; and

////

1

2. The Clerk of Court shall send a copy of the September 13, 2017 order (ECF No. 8) to petitioner with this order.

SO ORDERED.

DATED: October 16, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE